UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:21-cv-00432-RGK-MAA                                      Date: March 15, 2021

Title:   Juan Jose Rios v. Neil McDowell

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  James Muñoz  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:                             Attorneys Present for Defendants:
              N/A                                                                                 N/A

**Proceedings (In Chambers):**        Order re: Filing of Petition

On March 10, 2021, the Court received and filed Petitioner Juan Jose Rios's ("Petitioner") *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 ("Section 2254") ("Petition"). (Pet., ECF No. 1.) The Petition alleges five grounds for federal habeas relief: (1) "the jury should not have been instructed on [Petitioner's] consciousness of guilt based on fabricated testimony because it was not conclusively established that any testimony was false or [Petitioner] was involved in any fabrication"; (2) "[t]he prosecutor committed prejudicial misconduct during her closing argument by purportedly misstating the law and invoking the prestige of her office"; (3) "the trial court failed to make the required factual findings to support imposition of mandatory consecutive sentences under [California Penal Code section] 667.6 subdivision (d)"; (4) "the evidence was insufficient to support those findings"; and (5) "the trial court erred by imposing various fines and fees without holding an ability to pay hearing." (*Id.* at 4.)[1]

Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts requires that a habeas petition be accompanied by the applicable filing fee or a request for leave to proceed *in forma pauperis* including a certificate from an authorized officer of the petitioner's institution showing the amount of money or securities in the petitioner's institutional account. In this case, Petitioner has neither submitted the $5 filing fee applicable to Section 2254 petitions nor submitted a request to proceed *in forma pauperis*. (*See* Pet.)

Accordingly, Petitioner is **ORDERED** to submit, by no later than **April 14, 2021**, either (1) the filing fee of $5 or (2) a completed request to proceed *in forma pauperis* with the required

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the ECF-generated headers of the Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:21-cv-00432-RGK-MAA                                  Date:  March 15, 2021

Title:     Juan Jose Rios v. Neil McDowell

supporting documentation.  A form Declaration in Support of Request to Proceed *In Forma Pauperis* is attached to this Order.

**Petitioner is expressly cautioned that failure to respond to this Order by April 14, 2021 will result in a recommendation that the Petition be dismissed without prejudice for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See, e.g.*, *Young v. United States*, 465 F. App'x 597, 598 (9th Cir. 2012) (affirming dismissal of habeas petition for failure to pay filing fee or submit complete request to proceed *in forma pauperis*); *Culler v. Bd. of Prison Terms*, 405 F. App'x 263, 264 (9th Cir. 2010) (same).

It is so ordered.

Attachments
Form CV-69, pp. 10-11 (Declaration in Support of Request to Proceed *In Forma Pauperis*)