UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE RIOS,<br><br>                Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Warden,<br><br>                Respondent. | Case No. 5:21-CV-0432-RGK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

      Accordingly, IT IS ORDERED THAT:

    1.    The Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

    3.    The Clerk serve copies of this Order on the parties.

DATED: November 16, 2021

                                                                        HONORABLE R. GARY KLAUSNER<br>
                                                                        UNITED STATES DISTRICT JUDGE