JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE RIOS, | Case No. 5:21-CV-0432-RGK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| NEIL McDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2021

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE